Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Florida_

_Civil_ Division

FILED BY_ PG _D.C.

APR 2 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

|  |  |
|---|---|
| MR. CHRISTOPHER LAMAR Edwards<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br><br><br>Armour Correctional Services<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

_(to be filled in by the Clerk's Office)_

cat / div _550/1983/MIA_
Case # _____
Judge_____ Mag _REID_
Motn Ifp _YES_ Fee pd $ _0_
Receipt # _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

SCANNED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _MR. CHRISTOPHER LAMAR Edwards_

All other names by which
you have been known: _(CHRIS )_

ID Number _65511 / FL id # E-363 112-85-423-0_

Current Institution _LAKE COUNTY DETENTION CENTER_

Address _551 WEST MAIN ST._
_TAVARES          Florida      32778_
S.S. N. 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   _City_           _State_        _Zip Code_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Armour Correctional Services_

Job or Title (if known)

Shield Number

Employer _LAKE COUNTY SHERIFF_

Address _551 WEST MAIN ST._
_TAVARES          FL         32778_
_City_           _State_      _Zip Code_

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name _DR. GNAGY_

Job or Title (if known) _MEDICAL DOCTOR_

Shield Number

Employer _Armour Correctional Services_

Address _551 WEST MAIN ST._
_TAVARES          FL         32778_
_City_           _State_      _Zip Code_

☑ Individual capacity   ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                            MR. CHRISTOPHER LAMAR Edwards

All other names by which
you have been known:            (CHRIS )

ID Number                       ¢5511 /FL id ☰ E-363-117-85-413-Ø

Current Institution             LAKE COUNTY DETENTION CENTER

Address                         551 West MAIN ST.

                                TAVARES          Florida      32778
                                *City*            *State*      *Zip Code*

S.S.N. 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

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                            Armour Correctional Services

Job or Title *(if known)*

Shield Number

Employer                        LAKE COUNTY SHERIFF

Address                         551 WEST Main ST.

                                TAVARES          FL           32778
                                *City*            *State*      *Zip Code*

☐ Individual capacity      ☑ Official capacity

Defendant No. 2

Name                            DR. GNAGy

Job or Title *(if known)*       MEDICAL DOCTOR

Shield Number

Employer                        Armour Correctional Services

Address                         551 WEST MAIN ST.

                                TAVARES          FL           32778
                                *City*            *State*      *Zip Code*

☑ Individual capacity      ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed. *did NOT Properly*
*dispence mental Health medication*
*and Refuse me mental Health services*
*and medical attention.*

## III.      Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐      Pretrial detainee

☐      Civilly committed detainee

☐      Immigration detainee

☑      Convicted and sentenced state prisoner

☐      Convicted and sentenced federal prisoner

☐      Other *(explain)* _____

## IV.      Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N-A*

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

*LAKE COUNTY DETENTION CENTER*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was Given psky meds with-our Consent And with-out see a Lisne. D.R.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Felt Suicidal and very Nervous And AFRaid. I HEAR voices Telling me to do Stuff. I Fell FRom Top-BuNK and HuRT my Back. I Required mental Health ATTN, And did Nor Recieve it, I Required medical AttN. And did nor Recieve it.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WANT $ 40,000 Dollars (u.S.C.) U.S. Currency FoR my back InJur(e)s and FoR the MentAL HEAlth Services post Revenge. I ALso Suffer From chemicAl INbalance FRom The Medication.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LAKE COUNTY DETENTION CENTER

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☑ Do not know C. L. E,

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? LAKE COUNTY DETENTION CENTER (KIOSK SYSTEM) Grievance Process.

2.    What did you claim in your grievance? MEDICAL ERROR And Refusal OF mental HEALTH Services and Refusal oF medical Services.

3.    What was the result, if any? No Results They TOTaly Ignored my Petitions.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes, I Ask serveral Times And. was denied every time and was ToLd To File a Civil Sue Claim,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N-A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N-A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

This County (Lake) is breaking the Law !

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N-A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)    N - A

Defendant(s)    N - A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N - A

3.   Docket or index number

N - A

4.   Name of Judge assigned to your case

N - A

5.   Approximate date of filing lawsuit

N - A

6.   Is the case still pending?

☐ Yes

☐ No    N - A

If no, give the approximate date of disposition.    N - A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N - A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N - A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N - A

Defendant(s)    N - A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N - A

3.    Docket or index number

N - A

4.    Name of Judge assigned to your case

N - A

5.    Approximate date of filing lawsuit

N - A

6.    Is the case still pending?

☐ Yes

☐ No    ( N - A )

If no, give the approximate date of disposition    N - A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N - A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     April 22, 2019

Signature of Plaintiff     *Ch l. y*

Printed Name of Plaintiff     CHRISTOPHER LAMAR EdwARds

Prison Identification #     065511

Prison Address     551 WEST MAIN STREET

TAVARES                FLORIDA         32778
                          City                                    State              Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                          City                                    State              Zip Code

Telephone Number

E-mail Address

